# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| | |
|---|---|
| GABRIELLE and DARYL MEUNIER et al. ) <br> Plaintiff ) <br> v ) <br> PEANUT CORPORATION OF AMERICA ) <br> Defendant ) | Civil Action No. 1:09-CV-12(WLS) |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Peanut Corporation of America
c/o Ms. Peggy Harper – Its Registered Agent
14075 Magnolia Street
Blakely, Georgia 39823

A lawsuit has been filed against you

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Mr. Patrick S. Flynn
Flynn Peeler & Phillips, LLC
Post Office Box 7
Albany, Georgia 31702

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gregory J. Leonard
Name of clerk of court

Date: 1/20/09

Deputy clerk's signature

Meunier et al v. Peanut Corporation of America    Doc. 2

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

Dockets.Justia.com

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address