AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Peanut Corporation of America by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Ms. Peggy Harper — Its Registered Agent ,or SAMMY LIGHTSEY 14075 Magnolia Street, Blakely, Georgia 39823

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

Date: 1/21/09

LT PW Chandlu
Server's signature

LT PW Chandlu
Printed name and title

18610 EAST South BLVD, BlAKely, GA 39823
Server's address

Meunier et al v. Peanut Corporation of America    Doc. 4

Dockets.Justia.com