IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| GABRIELLE and DARYL MEUNIER, ) <br> Husband and wife, individually, and ) <br> as Next Friends and Natural Guardians of ) <br> CHRISTOPHER MICHAEL MEUNIER, ) <br> a minor, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PEANUT CORPORATION OF ) <br> AMERICA, a Georgia corporation; and ) <br> KELLOGG COMPANY, a Delaware corporation ) <br> ) <br> Defendants. ) <br> _____) | NO. 1:09-CV-12-WLS |

## JOINT MOTION TO AMEND THE PLAINTIFFS' COMPLAINT
## TO ADD DEFENDANT KELLOGG COMPANY

The Plaintiffs and Defendant Peanut Corporation of America (PCA), pursuant to FRCP 15(a)(2) and 20(a), hereby submit this Joint Motion to Amend the Plaintiffs' Complaint to add Defendant Kellogg Company (Kellogg). The proposed Second Amended Complaint is attached hereto as **Exhibit A**, and is incorporated by reference.

On January 20, 2009, the Plaintiffs commenced this litigation against the above-named Defendant PCA, for injuries the Plaintiffs sustained arising out of a nationwide outbreak of *Salmonella* Typhimurium that has been linked to peanut product produced at Defendant PCA's peanut processing plant in Blakely, Georgia. The outbreak has to-date caused culture-confirmed *Salmonella* infections to 550 people, and at least eight have died. The subsequent recall of food items that were manufactured with the Defendant PCA's peanut products and may therefore be

contaminated with *Salmonella* involves hundreds of peanut butter and peanut butter-containing products.

The Plaintiffs' child consumed peanut butter-containing crackers manufactured by Kellogg in the days prior to the onset of his culture-confirmed *Salmonella* Typhimurium infection. This product was subsequently recalled after Food and Drug Administration (FDA) tests revealed that some of Kellogg's cracker products were contaminated with *Salmonella*.

The Plaintiffs filed the original Complaint against the Defendant PCA only. Prior to the filing of an Answer by Defendant PCA, on January 28, 2009, the Plaintiffs filed a First Amended Complaint that added a claim for punitive damages against the Defendant PCA.

Following the filing of the First Amended Complaint, the Plaintiffs learned that Defendant PCA has limited assets and that on February 3, 2009, a Complaint For Declaratory Judgment was filed against Defendant PCA by its insurer, Hartford Casualty Insurance Company, in the United States District Court for the Western District of Virginia. While the Complaint For Declaratory Judgment fails to state the specific issues for which judgment is sought, it is clear that Hartford is seeking to disclaim insurance coverage for the civil claims now filed, and likely in the future to be filed, against Defendant PCA.

Accordingly, the Plaintiffs seek leave to amend their First Amended Complaint to add Kellogg as an additional Defendant in this action. The Plaintiffs also seek leave to correct the state of incorporation for the original Defendant PCA from a Virginia corporation to a Georgia corporation.

The attorneys for Defendant PCA do not oppose this motion and consent to Plaintiffs' request to amend their Complaint.

DATED: February 5, 2009.

**Attorneys for the Plaintiffs**

FLYNN PEELER & PHILLIPS, LLC

/s/ Patrick S. Flynn_____
Patrick S. Flynn, GA State Bar #004765
Charles E. Peeler, GA State Bar #570399
Flynn Peeler & Phillips, LLC
517 W. Broad Ave.
Post Office Box 7 (31702)
Albany, Georgia 31701
Tel. (229) 446-4886
Fax (229) 446-4884

William D. Marler, WSBA #17233
bmarler@marlerclark.com
MARLER CLARK, LLP PS
701 First Avenue, Suite 6600
Seattle, WA 98104
Tel. (206) 346-1888
Fax (206) 346-1898
(pending admission *pro hac vice*)

**Attorneys for the Defendant PCA**

Weinberg, Wheeler, Hudgins, Gunn & Dial

/s/ Alan M. Maxwell_____
Alan M. Maxwell, GA State Bar #478625
950 East Paces Ferry Road
Suite 3000
Atlanta, Georgia 30326
Tel. (404) 832-9515
Fax (404) 875-9433