# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA

## NOTICE OF ERRORS AND/OR DEFICIENCIES IN DOCUMENTS FILED IN CM/ECF

**DATE:** 2/6/09　　　　　　　　　　　　　　**CASE #:** 1:09-CV-12 (WLS)

**CASE TITLE:** Meunier, et al. Vs. Peanut Corporation of America

**DOCUMENT #:** 9

**DOCUMENT TITLE:** Amended Complaint

**One of the following errors/deficiencies has been identified in the document listed above:**

☐　　Document e-filed in wrong case

☐　　Document linked to incorrect document

☐　　Document exceeds page limits

☐　　Document requires leave of Court before filing

☐　　Incorrect case number on document

☐　　Incorrect event used - use event

☐　　Document is not signed

☐　　Proposed Order is attached incorrectly (should be filed as an attachment to the main document being e-filed

☐　　Certificate of service is missing

☐　　Corporate Parents and/or Other Affiliates were not added.

☐　　Certification regarding two or more signatures is missing (see page 10 of *Administrative Procedures for Electronic Filing)*

☐　　Discovery documents, including disclosures under FRCP 26(a)(1) and (2), discovery requests and responses, and certificates of service of discovery, are not to be filed unless accompanied by a Certificate of Need to File Discovery.

☒　　Other:　　　Amended Complaint filed prematurely.  Judge has not ruled on Motion to Amend.

(Continued)

## CORRECTIVE ACTION TAKEN BY THE CLERK'S OFFICE

☐ Docket entry has been corrected

☐ Other:

## CORRECTIVE ACTION REQUIRED BY THE FILER

☐ Document must be re-filed

☐ Document must be re-filed and corporate parents/other affiliates added.

☐ Amended document must be re-filed (and re-noticed) if applicable

☐ Please file a motion for leave to file document

☐ No further action required by the filer

☐ E-mail proposed order in word processing format to the appropriate division Clerk's Office mailbox via the court's internet site (www.gamd.uscourts.gov). On CM/ECF page, select Submit Documents, Submit a Proposed Order.

☒ Other: Amended Complaint to be filed after Judge's ruling on motion.

Gregory J. Leonard, Clerk

By: s/ Brenda J. Littleton
Deputy Clerk