IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| GABRIELLE and DARYL MEUNIER, Husband and wife, individually, and as Next Friends and Natural Guardians of CHRISTOPHER MICHAEL MEUNIER, a minor,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PEANUT CORPORATION OF AMERICA, a Virginia Corporation,<br><br>　　　　Defendant. | CIVIL ACTION FILE NO.<br>1:09-CV-12-WLS<br><br>**STIPULATION EXTENDING TIME FOR PEANUT CORPORATION OF AMERICA TO OBJECT, ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND FIRST AMENDED COMPLAINT** |

Plaintiffs Gabrielle and Daryl Meunier and Defendant Peanut Corporation of America, by and through their respective undersigned counsel, hereby stipulate and agree that Defendant Peanut Corporation of America shall have through and including Wednesday, February 18, 2009 to Object, Answer or Otherwise Respond to Plaintiffs' Complaint and First Amended Complaint.

This 6th day of February, 2009.

Respectfully submitted,

| | |
|---|---|
| FLYNN PEELER & PHILLIPS, LLC | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC |
| | |
| /S/ PATRICK S. FLYNN | /S/ ALAN M. MAXWELL |
| Charles E. Peeler (GA Bar No. 570399) | Alan M. Maxwell (GA Bar No. 478625) |
| Patrick S. Flynn (GA Bar No. 004765) | 950 East Paces Ferry Road, Suite 3000 |
| Flynn Peeler & Phillips, LLC | Atlanta, GA  30326 |
| 517 West Broad Avenue | amaxwell@wwhgd.com |
| P.O. Box 7 | |
| Albany, GA  31701 | *Attorney for Defendant Peanut* |
| cpeeler@flynnpeeler.com | *Corporation of America* |
| pflynn@flynnpeeler.com | |

William D. Marler (WSBA #17233)
Marler Clark, LLP PS
701 First Avenue, Suite 6600
Seattle, WA 98104
bmarler@marlerclark.com

*Attorneys for Plaintiffs*