IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

2009 FEB 13 PM 3 16

DEPUTY CLERK

GABRIELLE and DARYL MEUNIER,  )
Husband and wife, individually, and  )
as Next Friends and Natural Guardians of  )
CHRISTOPHER MICHAEL MEUNIER,  )
a minor,  )
  )
      Plaintiffs,  )  NO. 1:09-CV-12-WLS
  )
      v.  )
  )
PEANUT CORPORATION OF  )
AMERICA, a Georgia corporation; and  )
KELLOGG COMPANY, a Delaware corporation  )
  )
      Defendants.  )
_____)

## CONSENT ORDER

This Joint Motion of the parties seeking to amend the Plaintiffs' Complaint to add Defendant Kellogg Company, having been duly considered and appearing to the Court that the request is in the best interest of justice, it is hereby,

ORDERED that the Plaintiffs may amend their First Amended Complaint to add Kellogg Company as an additional Defendant in this action, and correct the state of incorporation for the original Defendant PCA from a Virginia corporation to a Georgia corporation.

SO ORDERED this _11th_ day of February, 2009.

THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT

*Consented to and presented by:*

**Attorneys for the Plaintiffs**

FLYNN PEELER & PHILLIPS, LLC

/s/ Patrick S. Flynn
Patrick S. Flynn, Georgia State Bar #004765
Charles E. Peeler, Georgia State Bar #570399
Flynn Peeler & Phillips, LLC
517 W. Broad Ave.
Post Office Box 7 (31702)
Albany, Georgia 31701
Tel. (229) 446-4886
Fax (229) 446-4884

William D. Marler, WSBA #17233
bmarler@marlerclark.com
MARLER CLARK, LLP PS
701 First Avenue, Suite 6600
Seattle, WA 98104
Tel. (206) 346-1888
Fax (206) 346-1898
(pending admission *pro hac vice*)


**Attorneys for the Defendant PCA**

Weinberg, Wheeler, Hudgins, Gunn & Dial

/s/Alan M. Maxwell
Alan M. Maxwell, Georgia State Bar #478625
950 East Paces Ferry Road
Suite 3000
Atlanta, Georgia 30326
Tel. (404) 832-9515
Fax (404) 875-9433