IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| GABRIELLE and DARYL MEUNIER, Husband and wife, individually, and as Next Friends and Natural Guardians of CHRISTOPHER MICHAEL MEUNIER, a minor,<br><br>　　　Plaintiffs,<br><br>v.<br><br>PEANUT CORPORATION OF AMERICA, a Virginia Corporation,<br><br>　　　Defendant. | CIVIL ACTION FILE NO.<br>1:09-CV-00012-WLS |

**DEFENDANT PEANUT CORPORATION OF AMERICA'S
NOTICE OF SUGGESTION OF BANKRUPTCY**

Defendant Peanut Corporation of America ("Debtor") shows that on Friday, February 13, 2009, it filed a petition for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court, Western District of Virginia, Case No. 09-60452 (WEA). A copy of Debtor's petition is attached as Exhibit A.

Debtor suggests under Section 362(a) of the Bankruptcy Code that the filing of its petition operates as an automatic stay of "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against [D]ebtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title." 11 U.S.C. Section 362(a)(1).

Debtor has supplied notice of its Suggestion of Bankruptcy via email and U.S. mail to counsel of record for the Plaintiffs.

Respectfully submitted this 16th day of February, 2009.

    WEINBERG, WHEELER, HUDGINS,
    GUNN & DIAL, LLC

    */S/ ALAN M. MAXWELL*
    Alan M. Maxwell (GA Bar No. 478625)
    950 East Paces Ferry Road, Suite 3000
    Atlanta, GA 30326
    amaxwell@wwhgd.com
    *Attorney for Defendant Peanut Corporation of America*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I mailed a true and correct copy of the foregoing via U.S. mail and electronically filed same using the court's electronic filing system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Charles E. Peeler, Esq.
>Patrick S. Flynn, Esq.
>Flynn Peeler & Phillips, LLC
>517 West Broad Avenue
>P.O. Box 7
>Albany, GA 31701
>cpeeler@flynnpeeler.com
>pflynn@flynnpeeler.com
>
>William D. Marler, Esq.
>Marler Clark, LLP PS
>701 First Avenue, Suite 6600
>Seattle, WA 98104
>bmarler@marlerclark.com

This 16th day of February, 2009.

>WEINBERG, WHEELER, HUDGINS,
>GUNN & DIAL, LLC
>
>*/S/ ALAN M. MAXWELL*
>Alan M. Maxwell (GA Bar No. 478625)
>*Attorney for Defendant Peanut Corporation of America*