
IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA
2009 FEB 17 PM 12 40
_/s/ B. Littleton_
DEPUTY CLERK

| | |
|---|---|
| GABRIELLE and DARYL MEUNIER, Husband and wife, individually, and as Next Friends and Natural Guardians of CHRISTOPHER MICHAEL MEUNIER, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>PEANUT CORPORATION OF AMERICA, a Virginia Corporation,<br><br>Defendant. | CIVIL ACTION FILE NO.<br>1:09-CV-12-WLS<br><br>**STIPULATION EXTENDING TIME FOR PEANUT CORPORATION OF AMERICA TO OBJECT, ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND FIRST AMENDED COMPLAINT** |

Plaintiffs Gabrielle and Daryl Meunier and Defendant Peanut Corporation of America, by and through their respective undersigned counsel, hereby stipulate and agree that Defendant Peanut Corporation of America shall have through and including Wednesday, February 18, 2009 to Object, Answer or Otherwise Respond to Plaintiffs' Complaint and First Amended Complaint.

This 6th day of February, 2009.

Respectfully submitted,

FLYNN PEELER & PHILLIPS, LLC

/S/ PATRICK S. FLYNN
Charles E. Peeler (GA Bar No. 570399)
Patrick S. Flynn (GA Bar No. 004765)
Flynn Peeler & Phillips, LLC
517 West Broad Avenue
P.O. Box 7
Albany, GA 31701
cpeeler@flynnpeeler.com
pflynn@flynnpeeler.com

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

/S/ ALAN M. MAXWELL
Alan M. Maxwell (GA Bar No. 478625)
950 East Paces Ferry Road, Suite 3000
Atlanta, GA 30326
amaxwell@wwhgd.com

*Attorney for Defendant Peanut Corporation of America*

William D. Marler (WSBA #17233)
Marler Clark, LLP PS
701 First Avenue, Suite 6600
Seattle, WA 98104
bmarler@marlerclark.com

*Attorneys for Plaintiffs*

## O R D E R

The within and foregoing STIPULATION Extending Time for Peanut Corporation of America to Object, Answer or Otherwise Respond to the Complaint and First Amended Complaint, having been read and considered, the same is hereby accepted and made the order of this Court.

SO ORDERED, this 13th day of February, 2009.

_____
W. LOUIS SANDS, JUDGE
UNITED STATES DISTRICT COURT