# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA

## NOTICE OF ERRORS AND/OR DEFICIENCIES IN DOCUMENTS FILED IN CM/ECF

**DATE:** 2/17/09　　　　　　　　　　　　**CASE #:** 1:09-CV-12 (WLS)

**CASE TITLE:** Meunier, et al. Vs. Peanut Corporation of America

**DOCUMENT #:** 11,13

**DOCUMENT TITLE:** Stipulation; Notice of Suggestion of Bankruptcy

**One of the following errors/deficiencies has been identified in the document listed above:**

☐　Document e-filed in wrong case

☐　Document linked to incorrect document

☐　Document exceeds page limits

☐　Document requires leave of Court before filing

☐　Incorrect case number on document

☐　Incorrect event used - use event

☐　Document is not signed

☐　Proposed Order is attached incorrectly (should be filed as an attachment to the main document being e-filed

☐　Certificate of service is missing

☐　Corporate Parents and/or Other Affiliates were not added.

☐　Certification regarding two or more signatures is missing (see page 10 of *Administrative Procedures for Electronic Filing)*

☐　Discovery documents, including disclosures under FRCP 26(a)(1) and (2), discovery requests and responses, and certificates of service of discovery, are not to be filed unless accompanied by a Certificate of Need to File Discovery.

X　Other:　Attorney for Defendant, Alan Maxwell, has not entered himself as counsel for Defendant.

(Continued)

## CORRECTIVE ACTION TAKEN BY THE CLERK'S OFFICE

☐ Docket entry has been corrected

☐ Other:


## CORRECTIVE ACTION REQUIRED BY THE FILER

☐ Document must be re-filed

☐ Document must be re-filed and corporate parents/other affiliates added.

☐ Amended document must be re-filed (and re-noticed) if applicable

☐ Please file a motion for leave to file document

☐ No further action required by the filer

☐ E-mail proposed order in word processing format to the appropriate division Clerk's Office mailbox via the court's internet site (www.gamd.uscourts.gov). On CM/ECF page, select Submit Documents, Submit a Proposed Order.

X Other: Please file entry of appearance for all Peanut Corporation of America cases. (1:09-CV-12; 1:09-CV-23; 1:09-CV-24; 1:09-CV-25; 1:09-CV-26 and 1:09-CV-28)


Gregory J. Leonard, Clerk

By: s/ Brenda J. Littleton
Deputy Clerk