IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| GABRIELLE and DARYL MEUNIER, Husband and wife, individually, and as Next Friends and Natural Guardians of CHRISTOPHER MICHAEL MEUNIER, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>PEANUT CORPORATION OF AMERICA, a Virginia Corporation, and KELLOGG COMPANY, a Delaware corporation,<br><br>Defendant. | CIVIL ACTION FILE NO.<br>1:09-CV-00012-WLS |

**ENTRY OF APPEARANCE**

Alan M. Maxwell of the firm of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, 950 East Paces Ferry Road, Suite 3000, Atlanta, Georgia 30326, 404/876-2700, hereby enters his appearance as counsel for Defendant Peanut Corporation of America and requests that his name be added to the formal list for all pleadings and communications from the Court and counsel.

Respectfully submitted this 20th day of February, 2009.

> WEINBERG, WHEELER, HUDGINS,
> GUNN & DIAL, LLC
>
> /S/ ALAN M. MAXWELL
> Alan M. Maxwell (GA Bar No. 478625)
> 950 East Paces Ferry Road, Suite 3000
> Atlanta, GA 30326
> (404) 876-2700
> amaxwell@wwhgd.com
> *Attorney for Defendant Peanut Corporation of America*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I mailed a true and correct copy of the foregoing via U.S. mail and electronically filed same using the court's electronic filing system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Charles E. Peeler, Esq.
>Patrick S. Flynn, Esq.
>Flynn Peeler & Phillips, LLC
>517 West Broad Avenue
>P.O. Box 7
>Albany, GA 31701
>cpeeler@flynnpeeler.com
>pflynn@flynnpeeler.com
>
>William D. Marler, Esq.
>Marler Clark, LLP PS
>701 First Avenue, Suite 6600
>Seattle, WA 98104
>bmarler@marlerclark.com

This 20th day of February, 2009.

>WEINBERG, WHEELER, HUDGINS,
>GUNN & DIAL, LLC
>
>*/S/ ALAN M. MAXWELL*
>Alan M. Maxwell (GA Bar No. 478625)
>*Attorney for Defendant Peanut Corporation of America*