FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

2009 MAR 16 AM 11 53

\_\_\_\_\_WLS\_\_\_\_\_
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| GABRIELLE and DARYL MEUNIER, Husband and wife, individually, and as Next Friends and Natural Guardians of CHRISTOPHER MICHAEL MEUNIER, a minor,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PEANUT CORPORATION OF AMERICA, a Georgia corporation; and KELLOGG COMPANY, a Delaware corporation; and STEWART PARNELL, individually,<br><br>　　　　Defendants. | NO. 1:09-CV-12-WLS |

## ORDER

This plaintiffs' Motion to amend their Second Amended Complaint to add Stewart Parnell as a defendant, having been duly considered and appearing to the Court that the request is in the best interest of justice, it is hereby,

ORDERED that the plaintiffs may amend their Second Amended Complaint to add Stewart Parnell as an additional defendant in this action.

SO ORDERED this 13th day of March, 2009.

_/s/ W. Louis Sands_
THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT

CONSENT ORDER GRANTING JOINT MOTION                                       Page - 1

*Presented by:*

**Attorneys for the plaintiffs**

FLYNN PEELER & PHILLIPS, LLC

**/s/Patrick S. Flynn**
Patrick S. Flynn, GA State Bar #004765
Charles E. Peeler, GA State Bar #570399
Flynn Peeler & Phillips, LLC
517 W. Broad Avenue
Post Office Box 7 (31702)
Albany, Georgia 31701
Tel. (229) 446-4886
Fax (229) 446-4884
pflynn@fpplaw.com

William D. Marler, WSBA #17233
bmarler@marlerclark.com
MARLER CLARK, LLP PS
701 First Avenue, Suite 6600
Seattle, WA 98104
Tel. (206) 346-1888
Fax (206) 346-1898
Admitted *pro hac vice*