AO 440 (Rev 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

GABRIELLE and DARYL MEUNIER et al. )
Plaintiff )
v. ) Civil Action No. 1:09-CV-00012
PEANUT CORPORATION OF AMERICA et al )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Stewart Parnell
2121 Wiggington Road
Lynchburg, Virginia 24502

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mr. Patrick S. Flynn
Flynn Peeler & Phillips, LLC
Post Office Box 7
Albany, Georgia 31702

Meunier et al v. Peanut Corporation of America         Doc. 22

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Gregory J. Leonard*
CLERK OF COURT

Date: 3/26/09

*Brenda J. Littleton*
Signature of Clerk or Deputy Clerk

