IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| GABRIELLE and DARYL MEUNIER,<br>Husband and wife, individually, and<br>as Next Friends and Natural Guardians of<br>CHRISTOPHER MICHAEL MEUNIER,<br>a minor,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>PEANUT CORPORATION OF<br>AMERICA, a Georgia corporation;<br>KELLOGG COMPANY, a Delaware corporation;<br>and STEWART PARNELL, individually,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　　NO.  1:09-CV-12-WLS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT STEWART PARNELL WITHOUT PREJUDICE

COMES NOW the plaintiffs to hereby voluntarily dismiss from this action defendant Stewart Parnell, pursuant to Rule 41(a)(1)(A)(i), without prejudice or award of costs.

Because the defendant Parnell has filed neither an answer nor a motion for summary judgment, no stipulation of dismissal is required under the rules.

ACCORDINGLY, the plaintiffs hereby respectfully request that the Court dismiss from this action defendant Stewart Parnell without prejudice or award of costs to any parties.

DATED:  June 10, 2009

　　　　　　　　　　　　　　　　　　**ON BEHALF OF THE PLAINTIFFS:**

　　　　　　　　　　　　　　　　　　 /s/ William D. Marler_____
　　　　　　　　　　　　　　　　　　William D. Marler, WSBA #17233
　　　　　　　　　　　　　　　　　　bmarler@marlerclark.com

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE　　　　　　　　　　　　　　　　　　　　　　　　　　Page - 1

MARLER CLARK, LLP PS
701 First Avenue, Suite 6600
Seattle, WA 98104
Tel. (206) 346-1888
Fax (206) 346-1898
Admitted *pro hac vice*

Attorneys for the plaintiffs

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

GABRIELLE and DARYL MEUNIER, )
Husband and wife, individually, and )
as Next Friends and Natural Guardians of )
CHRISTOPHER MICHAEL MEUNIER, )
a minor, )
  )
      Plaintiffs, ) NO. 1:09-CV-12-WLS
  )
  v. )
  )
PEANUT CORPORATION OF )
AMERICA, a Georgia corporation; )
KELLOGG COMPANY, a Delaware corporation; )
and STEWART PARNELL, individually, )
  )
      Defendants. )
_____)

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2009, I electronically filed a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT STEWART PARNELL WITHOUT PREJUDICE through the Court's CM/ECF system which shall cause service to be electronically made upon the following:

    Mr. Alan M. Maxwell
    950 East Paces Ferry Road
    Suite 3000
    Atlanta, Georgia 30326

    Mr. Dean N. Panos
    Jenner & Block LLP
    330 N. Wabash Avenue
    Chicago, Illinois 60611-7603

DATED: June 10, 2009

    /s/ William D. Marler
William D. Marler, WSBA #17233
bmarler@marlerclark.com
MARLER CLARK, LLP PS
701 First Avenue, Suite 6600
Seattle, WA 98104
Tel. (206) 346-1888
Fax (206) 346-1898
Admitted *pro hac vice*

Attorneys for the plaintiffs