FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA
2009 JUL 6 PM 12 15
_WKS_
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| GABRIELLE and DARYL MEUNIER, Husband and wife, individually, and as Next Friends and Natural Guardians of CHRISTOPHER MICHAEL MEUNIER, a minor, <br><br> Plaintiffs, <br><br> v. <br><br> PEANUT CORPORATION OF AMERICA, a Georgia corporation; KELLOGG COMPANY, a Delaware corporation; and STEWART PARNELL, individually, <br><br> Defendants. | NO. 1:09-CV-12-WLS |

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT STEWART PARNELL WITHOUT PREJUDICE

COMES NOW the plaintiffs to hereby voluntarily dismiss from this action defendant Stewart Parnell, pursuant to Rule 41(a)(1)(A)(i), without prejudice or award of costs.

Because the defendant Parnell has filed neither an answer nor a motion for summary judgment, no stipulation of dismissal is required under the rules.

ACCORDINGLY, the plaintiffs hereby respectfully request that the Court dismiss from this action defendant Stewart Parnell without prejudice or award of costs to any parties.

DATED: June 10, 2009

ON BEHALF OF THE PLAINTIFFS:

/s/ William D. Marler
William D. Marler, WSBA #17233
bmarler@marlerclark.com

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE

Page - 1

Meunier et al v. Peanut Corporation of America    Doc. 36

Dockets.Justia.com

MARLER CLARK, LLP PS
701 First Avenue, Suite 6600
Seattle, WA 98104
Tel. (206) 346-1888
Fax (206) 346-1898
Admitted *pro hac vice*

Attorneys for the plaintiffs

SO ORDERED, this 2nd day of July, 2009.

*/s/ W. Louis Sands*
**W. LOUIS SANDS, JUDGE**
**UNITED STATES DISTRICT COURT**