# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA

## NOTICE OF ERRORS AND/OR DEFICIENCIES IN DOCUMENTS FILED IN CM/ECF

**DATE:** 8/3/09							**CASE #:** 1:90-CV-12 (WLS)

**CASE TITLE:** Meunier, et al. Vs. Peanut Corporation of America

**DOCUMENT #:** 26

**DOCUMENT TITLE:** Stipulation

### One of the following errors/deficiencies has been identified in the document listed above:

- ☐ Document e-filed in wrong case
- ☐ Document linked to incorrect document
- ☐ Document exceeds page limits
- ☐ Document requires leave of Court before filing
- ☐ Dismissal must be signed by all parties who have appeared OR by leave of court. (See Federal Rule of Civil Procedure 41.)
- ☐ Incorrect case number on document
- ☐ Incorrect event used - use event
- ☐ Document is not signed
- ☐ Proposed Order is attached incorrectly (should be filed as an attachment to the main document being e-filed
- ☒ Certificate of service is missing
- ☐ Corporate Parents and/or Other Affiliates were not added.
- ☐ Certification regarding two or more signatures is missing (see page 10 of *Administrative Procedures for Electronic Filing*)
- ☐ Discovery documents, including disclosures under FRCP 26(a)(1) and (2), discovery requests and responses, and certificates of service of discovery, are not to be filed unless accompanied by a Certificate of Need to File Discovery.
- ☐ Other:

(Continued)

## CORRECTIVE ACTION TAKEN BY THE CLERK'S OFFICE

☐ Docket entry has been corrected

☐ Other:

## CORRECTIVE ACTION REQUIRED BY THE FILER

☐ Document must be re-filed

☐ Document must be re-filed and corporate parents/other affiliates added.

☐ Amended document must be re-filed (and re-noticed) if applicable

☐ Please file a motion for leave to file document

☐ No further action required by the filer

☐ E-mail proposed order in word processing format to the appropriate division Clerk's Office mailbox via the court's internet site (www.gamd.uscourts.gov). On CM/ECF page, select Submit Documents, Submit a Proposed Order.

☒ Other: Please file certificate of service.


Gregory J. Leonard, Clerk

By: s/ Brenda J. Littleton
Deputy Clerk