IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| GABRIELLE and DARYL MEUNIER, husband and wife, individually, and as Next Friends and Natural Guardians of CHRISTOPHER MICHAEL MEUNIER, a minor,<br><br>                  Plaintiffs,<br><br>v.<br><br>PEANUT CORPORATION OF AMERICA, a Virginia corporation; and KELLOGG COMPANY, a Delaware corporation,<br><br>                  Defendants. | **CIVIL CASE NO. 1:09-CV-12-WLS** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2009, I electronically filed a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE through the Court's CM/ECF system. A copy of this document was served electronically upon the following:

    Mr. Alan M. Maxwell
    Weinburg, Wheeler, Hudgins, Gunn & Dial, LLC
    950 East Paces Ferry Road, Suite 3000
    Atlanta, GA  30326

A copy of this document was served by depositing the same with the U.S. Postal Service, postage prepaid, and addressed as follows:

    Mr. Dean N. Panos
    Jenner & Block LLP
    330 N. Wabash Avenue
    Chicago, IL  60611-7603

DATED: December 17, 2009

ON BEHALF OF THE PLAINTIFFS:

_____
WILLIAM D. MARLER, WSBA #17233
Admitted *Pro Hac Vice*
Email: bmarler@marlerclark.com
MARLER CLARK, L.L.P., P.S.
701 Fifth Avenue, Suite 6600
Seattle, WA 98104
Telephone: (206) 346-1888
Facsimile: (206) 346-1898

PATRICK S. FLYNN, Georgia Bar No.: 004765
Email: pflynn@fpplaw.com
Flynn Peeler & Phillips, LLC
Post Office Box 7 (31702)
517 West Broad Avenue
Albany, GA 31701
Telephone: (229) 446-4886
Facsimile: (229) 446-4884

**Attorneys for the Plaintiffs**