IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| GABRIELLE and DARYL MEUNIER, husband and wife, individually, and as Next Friends and Natural Guardians of CHRISTOPHER MICHAEL MEUNIER, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>PEANUT CORPORATION OF AMERICA, a Virginia corporation; and KELLOGG COMPANY, a Delaware corporation,<br><br>Defendants. | CIVIL CASE NO. 1:09-CV-12-WLS |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the plaintiffs to hereby voluntarily dismiss this action, pursuant to Rule 41(a)(1)(A)(i), without prejudice or award of costs.

Because the defendants Peanut Corporation of America (PCA) and Kellogg Company (Kellogg) have filed neither an answer nor a motion for summary judgment, no stipulation of dismissal is required under the rules.

ACCORDINGLY, the plaintiffs hereby respectfully request that the Court dismiss this action without prejudice or award of costs to any parties.

DATED this 17th day of December, 2009

ON BEHALF OF THE PLAINTIFFS:

_/s/ William D. Marler_

William D. Marler, WSBA #17233
Admitted *Pro Hac Vice*

Email: bmarler@marlerclark.com
MARLER CLARK, L.L.P., P.S.
701 Fifth Avenue, Suite 6600
Seattle, WA 98104
Telephone: (206) 346-1888
Facsimile: (206) 346-1898

PATRICK S. FLYNN, Georgia Bar No.: 004765
Email: pflynn@fpplaw.com
Flynn Peeler & Phillips, LLC
Post Office Box 7 (31702)
517 West Broad Avenue
Albany, GA 31701
Telephone: (229) 446-4886
Facsimile: (229) 446-4884

**Attorneys for the Plaintiffs**

SO ORDERED, this 24th day of December, 2009.

_____
W. Louis Sands, Judge